MARXMAN PIPES, INC., Appellant, v. COLUMBIA PICTURES CORP., Respondent.—Motion for leave to appeal to the Court of Appeals dismissed as academic, without costs, by reason of resettlement of the order of affirmance. Present—Peck, P. J., Cohn, Breitel and Bastow, JJ. [See *ante*, p. 135.]

■

In the Matter of ARTHUR J. MONSEES, Petitioner, against GEORGE P. MONAGHAN, as Commissioner of the Police Department of the City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Callahan, Breitel and Botein, JJ. [See 283 App. Div. 1045.]

■

ANDREW S. CANTONI v. WILLIAM E. HOLSTEIN et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ. [See 284 App. Div. 1039.]

■

ALBERT BORIS LEASING CORPORATION v. CITY OF NEW YORK.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Peck, P. J., Cohn, Callahan and Bastow, JJ. [See *ante*, p. 126.]

■

In the Matter of RALPH GOLDMARK et al., Appellants, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent, and BANK OF NEW YORK TRUST COMPANY, Intervener-Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ. [See 284 App. Div. 1034.]

■

ROYAL NORWEGIAN GOVERNMENT, Plaintiff, v. FRANGO CORPORATION, Defendant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ. [See 284 App. Div. 957.]

■

MIRIAM B. ROSENFIELD, Respondent, v. EDWARD M. ROSENFIELD, Appellant. CHARLES R. BARRETT, Respondent.— Motion for reargument denied. Present — Cohn, J. P., Callahan, Bastow and Botein, JJ. [See 284 App. Div. 937.]

■

In the Matter of the Estate of ARLINGTON C. HALL, Deceased. LAURA E. HALL, Appellant; HARVEY M. HALL et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ. [See 284 App. Div. 1038.]